UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JUAN SALINAS BAUTISTA, | ) | CASE NO.  C11-1978-RSL-MAT |
| | ) | (CR08-82-RSL) |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| UNITED STATES OF AMERICA, | ) | UNOPPOSED MOTION FOR AN |
| | ) | EXTENSION OF TIME |
| Respondent. | ) | |
| | ) | |

Petitioner moved for a 30 to 45 day extension of time to file a response to respondent's Answer/Motion to Dismiss.  (Dkt. 10.)  Respondent does not oppose an extension of time. (Dkt. 11.)  The Court **GRANTS** petitioner's unopposed motion for an extension of time. Petitioner may file his response by **April 30, 2012**; respondent may file an optional reply by **May 4, 2012**; and the Answer/Motion to Dismiss (Dkt. 9) is **RENOTED** for **May 4, 2012**.

DATED this 14th day of March, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME
PAGE -1