01

02

03

04

05

06            UNITED STATES DISTRICT COURT
07          WESTERN DISTRICT OF WASHINGTON
                      AT SEATTLE

08  JUAN SALINAS BAUTISTA,              )   CASE NO.    C11-1978-RSL-MAT
                                        )              (CR08-82-RSL)
09       Petitioner,                    )
                                        )
10       v.                             )
                                        )   ORDER GRANTING PETITIONER'S
11  UNITED STATES OF AMERICA,           )   UNOPPOSED MOTION FOR AN
                                        )   EXTENSION OF TIME
12       Respondent.                    )
    _____ )
13

14          Petitioner moved for a 30 to 45 day extension of time to file a response to respondent's

15  Answer/Motion to Dismiss.  (Dkt. 10.)  Respondent does not oppose an extension of time.

16  (Dkt. 11.)  The Court **GRANTS** petitioner's unopposed motion for an extension of time.

17  Petitioner may file his response by **April 30, 2012**; respondent may file an optional reply by

18  **May 4, 2012**; and the Answer/Motion to Dismiss (Dkt. 9) is **RENOTED** for **May 4, 2012**.

19          DATED this 14th day of March, 2012.

20

21          _____
            Mary Alice Theiler
22          United States Magistrate Judge


ORDER GRANTING PETITIONER'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME
PAGE -1