UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN SALINAS BAUTISTA,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO.   C11-1978-RSL<br>(CR-08-82-RSL)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PETITIONER'S 28 U.S.C. § 2255 MOTION |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the Report and Recommendation of the Honorable Mary Alice Theiler, the evidentiary hearing transcript, the parties' post-hearing memoranda, the governing authorities and the balance of the record, does hereby find and **ORDER**:

    (1)    The Report and Recommendation is **ADOPTED**;

    (2)    Habeas relief on the basis of **ground 4** (ineffective assistance – safety valve) is **GRANTED**;

    (3)    Petitioner's **ground 5** (ineffective assistance - plea agreement) is **DISMISSED** as voluntarily withdrawn;

(4) The parties are **DIRECTED** to contact Kerry Simonds at (206) 370-8519 to schedule a sentencing proceeding at which petitioner may make a safety-valve proffer and assert entitlement to a safety-valve adjustment pursuant to U.S.S.G. § 5C1.2 in the underlying criminal matter CR08-82-RSL; and

(5) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 5th day of February, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION
AND GRANTING PETITIONER'S 28 U.S.C. § 2255 MOTION
PAGE -2